# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:16-cv-145

| | |
|---|---|
| MMHB & ASSOCIATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LANIER CONTRACTING SERVICES, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Danielle Greco's Application for Admission to Practice *Pro Hac Vice* of Megan E. Burns. It appearing that Megan E. Burns is a member in good standing with the Virginia State Bar and will be appearing with Danielle Greco, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Danielle Greco's Application for Admission to Practice Pro Hac Vice (#26) of Megan E. Burns is **GRANTED**,

and that Megan E. Burns is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Danielle Greco.

Signed: September 6, 2017

Dennis L. Howell
United States Magistrate Judge